IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHAUNA H.,

    Plaintiff,

v.                                            Cause No. 1:13-cv-00278-KG-CG

EDWARD EDMUN, individually and
in his capacity as a state actor;
CRAIG SPARKS, Director, in his individual
capacity under color of law of THE BERNALILLO
COUNTY JUVENILE DETENTION AND
YOUTH SERVICES CENTER; and
BERNALILLO COUNTY,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss, and the Court, being otherwise fully advised in the premises, finds the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Complaint against Defendants is dismissed with prejudice. The parties are to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:


*/s/ Michael S. Burns*
Michael S. Burns, Esq.
Tucker, Burns, Yoder & Hatfield
*Attorneys for Plaintiff*
105 N. Orchard Avenue
Farmington, NM  87401
(505) 325-7755
mitch@tbylaw.com


*/s/ Patrick D. Allen*
Patrick D. Allen
Yenson, Allen & Wosick, P.C.
*Attorneys for Defendants Craig Sparks, The Bernalillo County Juvenile Detention and Youth Services Center, and Bernalillo County*
4908 Alameda Blvd NE
Albuquerque, NM  87113-1736
(505) 266-3995
pallen@ylawfirm.com


*/s/ Deborah D. Wells*
Deborah D. Wells
Kennedy Moulton & Wells PC
*Attorneys for Defendant Edward Edmon*
2201 San Pedro Dr. NE, Building 2-105
Albuquerque, NM  87110
(505) 884-7887
ddwells@kmwpc.com